**FILED**
September 25, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FELIX SAENZ

Defendant.

Case No. 2:26-cr-00153-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release FELIX SAENZ, Case No. 2:26-cr-00153-DJC, 18 USC § 371, from custody

____ Release on Personal Recognizance

X Bail Posted in the Sum of $ 25,000.00 co-signed by Silviano Saenz

____ Unsecured Appearance Bond $ $

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

X (Other): **Release delayed until 8:30 AM on 9/28/2026.** Released to the third-party custody of Minerva Estela Arrizon.

____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 25, 2026 at 2:00 PM

By: Chi Soo Kim

Magistrate Judge Chi Soo Kim