MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for FELIX SAENZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, Plaintiff, | ) No. 2:26-cr-153 DJC |
| v. | ) STIPULATION AND ~~[PROPOSED]~~ ORDER TO AMEND FELIX SAENZ's SPECIAL CONDITIONS OF PRE-TRIAL RELEASE |
| FELIX SAENZ, Defendant. | ) Date:<br>) Time:<br>) Judge: Hon. Magistrate Jeremy D. Peterson |

==================================)

Felix Saenz's amended special conditions of pre-trial release are found in ECF document 24, filed on September 25, 2026. The parties stipulate and agree to amend Special Condition 19, which will read:

"CURFEW: You must remain inside your residence every day from 7:00 a.m. to 3:00 p.m., or as adjusted by pretrial services officer for medical, religious services, employment, court ordered obligations, **and medical appointments and/or medical emergencies associated with your girlfriend's pregnancy/childbirth, and your child**."'[1]

Mr. Saenz has been advised of this amended Special Condition of Release.

IT IS HEREBY STIPULATED AND AGREED between the defendant Felix Saenz, by and through his undersigned defense counsel, Michael Long, and the United States of America, by

[1] Condition 19 currently reads: "19. **CURFEW:** You must remain inside your residence every day from 7:00 a.m. to 3:00 p.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

and through its counsel, Assistant U.S. Attorney Nicole Vanek, that Special Condition 19 will read: "CURFEW: You must remain inside your residence every day from 7:00 a.m. to 3:00 p.m., or as adjusted by the pretrial services officer for medical, religious services, employment, court ordered obligations, and medical appointments and/or medical emergencies associated with your girlfriend's pregnancy/childbirth, and your child."

Pretrial Services does not oppose amending Special Condition 19. The newly Amended Conditions are attached to this document.

Dated: November 16, 2026

Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for Felix Saenz

Dated: November 16, 2026

ERIC GRANT
United States Attorney

/s/ *Nicole Vanek*
NICOLE VANEZ
Assistant U.S. Attorney

Dated: November , *2026*

____________________
FELIX SAENZ (defendant)

____________________
Minerva Estela Arrizon
(mother & third party custodian)

____________________
SILVIANO SAENZ (father/surety)

///

~~[PROPOSED]~~ ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that newly amended Special Condition 19 shall read: “CURFEW: You must remain inside your residence every day from 7:00 a.m. to 3:00 p.m., or as adjusted by the pretrial services officer for medical, religious services, employment, court ordered obligations, and medical appointments and/or medical emergencies associated with your girlfriend's pregnancy/childbirth, and your child."

Dated: November 16, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE